AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL 18 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>ABDULAZIZ ALTINAWI )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendant. ) | Case No.  8:24-MJ-321 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of July 16, 2024, in the county of Clinton in the Northern District of New York, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(2) | The defendant, an alien and citizen of Romania, unlawfully eluded examination and inspection by Immigration officials by entering the United States at a place not authorized for the entrance of immigrants. |

This criminal complaint is based on these facts:

☒  Continued on the attached sheet.

TREVOR C KINBLOM  Digitally signed by TREVOR C KINBLOM
Date: 2024.07.17 14:54:28 -04'00'

*Complainant's signature*
Trevor C. Kinblom, Task Force Agent
*Printed name and title*

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: July 18, 2024

*Judge's signature*

City and State:  Plattsburgh, NY          Hon. Gary L. Favro, U.S. Magistrate Judge

*United States of America v.* **ABDULAZIZ ALTINAWI**

On July 16, 2024, at approximately 2:45 p.m., Homeland Security Investigations (HSI) Task Force Agent (TFA) T. Kinblom and Special Agent (SA) J. Dombrowski responded to a traffic stop a New State Police (NYSP) Trooper was conducting at 538 State Route 3 in Plattsburgh, New York. When TFA Kinblom and SA Dombrowski arrived they spoke to the NYSP Trooper who had stopped a 2012 Black BMW bearing New York registration (LLC 8561) for speeding on Interstate 87. The vehicle was being operated by SUFYAN, Abu and the front seat passenger was identified as ALTINAWI, Abdulaziz. The NYSP Trooper initially believed that they had encountered possible narcotics traffickers and had contacted a Drug Enforcement Agency (DEA) TFA. The DEA TFA who responded determined it was likely a human smuggling event and subsequentially contacted HSI.

When TFA Kinblom and SA Dombrowski arrived at the traffic stop SUFYAN and ALTINAWI were out of the BMW and sitting on the ground separated from each other. Agents asked SUFYAN what brought him and ALTINAWI to the area. SUFYAN stated he was paid as a driver to transport ALTINAWI from the New York City area to the America's Best Value Inn in Plattsburgh, New York and that SUFYAN would then be returning to New York City. Record checks showed that SUFYAN is a lawful permanent resident of the United States.

Agent's asked ALTINAWI what brought him to the area and ALTINAWI stated he was going to be dropped off at the Holiday Inn Express to meet a girl from an adult dating website. ALTINAWI could not provide any details or contact information for the female he was supposed to meet. Agents asked ALTINAWI what country he was a citizen of and he stated Romania. ALTINAWI provided a Romanian passport for identification. According to record checks, ALTINAWI did not have any legal entries into the United States or any documents that would allow him to legally remain in the United States. ALTINAWI had applied for a visa to the United States in 2019 but was subsequently denied. ALTINAWI was asked if he was in the United States illegally and he stated, "yes" and that "lots of people do it." ALTINAWI stated he was working with a lawyer to adjust ALTINAWI's status in the United States, however, no pending immigration filings were found during record checks. ALTINAWI's passport contains a Canadian Border Services Agency (CBSA) entry stamp dated March 11, 2024, at Pearson International airport in Toronto. ALTINAWI was also in possession of a large amount U.S. currency. When asked about how much currency he had and how he had obtained it, ALTINAWI changed his story multiple times; no two stories were the same.

ALTINAWI was transported back to the NYSP for further questioning and processing. SUFYAN was issued a traffic ticket and released from the stop. At the NYSP Barracks, ALTINAWI was provided his *Miranda* rights and invoked his right to an attorney.

ALTINAWI is a citizen of Romania, and all citizens of Romania are required to apply for a visa or other immigration documents before entering the United States. ALTINAWI illegally entered the United States at a place not designated as a port of entry and therefore he was not inspected nor admitted into the United States. Had ALTINAWI presented himself for inspection he would not have been admitted because he had previously applied for a visa to enter the United States and was denied. ALTINAWI has not reapplied for a visa.